UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED IN COURT
ASHEVILLE, NC

FEB 04 2020

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:20 CR 9 -MOC-WCM |
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| v. | ) | |
| | ) Violations: | 18 U.S.C. § 113(a)(6) |
| | ) | 18 U.S.C. § 1112 |
| JAMES MARLON PANTHER | ) | 18 U.S.C. § 1153 |

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about June 23, 2018, in Jackson County, in Indian Country, that is within the boundaries of the Eastern Band of Cherokee Indians reservation, and within the Western District of North Carolina, the defendant

### JAMES MARLON PANTHER

an Indian, upon a sudden quarrel and heat of passion, did knowingly kill another person, S.Q., without malice, by striking him.

All in violation of Title 18, United States Code, Sections 1112 and 1153.

### COUNT TWO

On or about June 23, 2018, in Jackson County, in Indian Country, that is within the boundaries of the Eastern Band of Cherokee Indians reservation, and within the Western District of North Carolina, the defendant

### JAMES MARLON PANTHER

an Indian, did unlawfully assault another person, S.Q., with said assault resulting in serious bodily injury.

All in violation of Title 18, United States Code, Sections 113(a)(6) and 1153.

A TRUE BILL:

R. ANDREW MURRAY
UNITED STATES ATTORNEY

_____
JOHN D. PRITCHARD
ASSISTANT UNITED STATES ATTORNEY

2