AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

RECEIVED
ASHEVILLE, N.C.
FEB 25 2020
Clerk, U.S. Dist. Court
W. Dist. of N.C.

US MARSHAL SERVICE
RECEIVED
2020 FEB -5 AM 11:13
WESTERN NORTH CAROLINA
ASHEVILLE NC

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| James Marlon Panther | ) | Case No. 1:20-CR-9-MOC-WCM |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* James Marlon Panther,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

kill another person by striking him
assault another person with said assault resulting in serious bodily injury

Date: 2/4/2020

*Issuing officer's signature*: Frank S. Johns

City and state: Asheville, N.C.

Frank G. Johns, Clerk, U.S. District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 02/12/20, and the person was arrested on *(date)* 02/12/20
at *(city and state)* Cherokee, NC / Asheville

Date: 02/12/20

*Arresting officer's signature*

SA Paul Engler
*Printed name and title*

Case 1:20-cr-00009-MOC-WCM   Document 11   Filed 02/25/20   Page 1 of 1